**TARA J. ELLIOTT**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**101 E. Front Street, Suite 401**
**Missoula, MT 59802**
**P.O. Box 8329**
**Missoula, MT 59807**
**Phone: (406) 542 8851**
**FAX: (406) 542 1476**
**Email: tara.elliott@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**



**FILED**

NOV 0 3 2022

Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 22- 56 -M- DWM |
| **Plaintiff,** | **INDICTMENT** |
| vs. | **CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES** |
| **ANDREW JOSEPH SHIELDS and THOMAS JOSEPH DURAN,** | Title 21 U.S.C. § 846 (Count 1) (Penalty for methamphetamine and fentanyl: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) |
| **Defendants.** | |

|  | **POSSESSION WITH THE INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES**<br>**Titles 21 U.S.C. § 841(a)(1) and**<br>**18 U.S.C. § 2**<br>**(Count 2)**<br>**(Penalty for methamphetamine: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release)**<br>**(Penalty for fentanyl: Mandatory minimum five to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised releasew)** |
|--|--|
|  | **POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME**<br>**(Count 3)**<br>**Title 18 U.S.C. § 924(c)(1)(A)(i)**<br>**(Penalty: Mandatory minimum five years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years of supervised release)** |
|  | **PROHIBITED PERSON IN POSSESSION OF A FIREARM**<br>**(Count 4)**<br>**Title 18 U.S.C. § 922(g)(1)**<br>**(Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release)** |
|  | **POSSESSION OF A FIREARM WITH OBLITERATED SERIAL NUMBER**<br>**(Count 5)**<br>**Title 18 U.S.C. § 922(k)**<br>**(Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release)** |

| | **FORFEITURE**<br>**Title 21 U.S.C. §§ 853, 881**<br>**Title 18 U.S.C. § 924(d)**<br><br>**TITLE 21 PENALTIES MAY BE**<br>**ENHANCED FOR PRIOR DRUG-**<br>**RELATED FELONY CONVICTIONS** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT 1

Beginning in approximately Spring of 2022, and continuing until approximately June 24, 2022, in Lake and Flathead Counties, in the State and District of Montana, and elsewhere, the defendants, ANDREW JOSEPH SHIELDS and THOMAS JOSEPH DURAN, knowingly and unlawfully conspired with each other, and others both known and unknown to the Grand Jury, to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and 400 grams or more of a substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT 2

On or about June 24, 2022, in Lake County, in the State and District of Montana, and elsewhere, the defendants, ANDREW JOSEPH SHIELDS and

THOMAS JOSEPH DURAN, knowingly and unlawfully possessed with the intent

to distribute, 50 grams or more of actual methamphetamine, a Schedule II

controlled substance, and 40 grams or more of a substance containing a detectable

amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly

known as "fentanyl," a Schedule II controlled substance, in violation of 21 U.S.C.

§ 841(a)(1) and 18 U.S.C. § 2.

## COUNT 3

On or about June 24, 2022, in Lake County, in the State and District of

Montana, and elsewhere, the defendant, ANDREW JOSEPH SHIELDS, did

knowingly possess a firearm in furtherance of a drug trafficking crime for which he

may be prosecuted in a court of the United States, namely conspiracy to possess

with the intent to distribute controlled substances and possession with intent to

distribute controlled substances, as alleged in counts 1 and 2 above, in violation of

18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 4

On or about June 24, 2022, in Lake County, in the State and District of

Montana, and elsewhere, the defendant, ANDREW JOSEPH SHIELDS, knowing

he had been convicted of a crime punishable by imprisonment for a term exceeding

one year, knowingly possessed, in and affecting interstate commerce, a firearm, in

violation of 18 U.S.C. § 922(g)(1).

## COUNT 5

On or about June 24, 2022, in Lake County, in the State and District of

Montana, and elsewhere, the defendant, ANDREW JOSEPH SHIELDS,

knowingly possessed a firearm that had been shipped and transported in interstate

commerce, from which the manufacturer's serial number had been removed,

altered, and obliterated, in violation of 18 U.S.C § 922(k).

## FORFEITURE ALLEGATION

Upon conviction of either the offenses set forth in counts 1 and 2 in this

indictment, the defendant, ANDREW JOSEPH SHIELDS, shall forfeit, pursuant to

21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11): (1) any property

constituting and derived from any proceeds obtained, directly and indirectly, as a

result of the commission of said offense; (2) any property used and intended to be

used, in any manner and part, to commit, and facilitate the commission of, said

offense; and (3) any firearm used and intended to be used to facilitate the

transportation, sale, receipt, possession, and concealment of controlled substances

and any proceeds traceable to such property.

Upon conviction of any of the offenses set forth in counts 3, 4, and 5 in this

indictment, the defendant, ANDREW JOSEPH SHIELDS, shall forfeit, pursuant to

18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing

violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

6